Argued and submitted March 31, affirmed April 29, 1998

Daniel C. ANGIER,
*Appellant,*

*v.*

Aimee K. CARD,
*Respondent.*

(16-96-10888; CA A99182)

957 P2d 203

James C. Jagger and James C. Jagger, P.C., filed the brief for appellant.

William E. Flinn argued the cause for respondent. With him on the brief was Arnold Gallagher Saydack Percell & Roberts, P.C.

Before De Muniz, Presiding Judge, and Haselton and Armstrong, Judges.

PER CURIAM

Affirmed. *Levens v. Koser*, 126 Or App 399, 869 P2d 344 (1994).